Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff ATL Shipping Ltd.
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 329-0120
Facsimile: (646) 328-0121
Matthew J. Cowan (MC 1481)
mcowan@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATL SHIPPING LTD.,

                Plaintiff,

    - against -

FELIX MARITIME PTE LTD.,

                Defendant.
-----------------------------------------------------------------X

08-CV- 3755

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own ten (10%) percent or more of said party's stock: NONE.

Dated: New York, New York
       April 21, 2008

                                  Bennett, Giuliano, McDonnell & Perrone, LLP
                                  Attorneys for Plaintiff

                                  _____
                                  Matthew J. Cowan (MC 1481)