UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ATL SHIPPING LTD.,

                     Plaintiff,

-against-

FELIX MARITIME PTE LTD., and GLOBAL
HARVEST TRADING PTE LTD.,

                     Defendants.

08 Civ. 3755 (RJH)

**ORDER**

     Before the Court is plaintiff's application for an amended *ex parte* order for process of maritime attachment. On April 22, 2008, this Court issued an order of maritime attachment in the amount of $ 515,621.40 against defendant Felix Maritime Pte Ltd. ("Felix"). On the basis of an amended verified complaint dated July 1, 2008, plaintiff now seeks an order of maritime attachment against defendant Global Harvest Pte Ltd. ("Global Harvest") in addition to defendant Felix. The amended complaint contains a single allegation against Global Harvest, that it "was, and now is, a corporation or other business entity acting as an alter-ego and/or guarantor of Felix . . . ." (Amend. Compl. ¶ 4.)

     This conclusory allegation is wholly insufficient as a basis for an order of attachment against Global Harvest. *See, e.g.*, *Brave Bulk Transp. Ltd. v. Spot On Shipping Ltd.*, No. 07 Civ. 4546 (CM), 2007 U.S. Dist. Lexis 81137, at *16 (S.D.N.Y. Oct. 30, 2007) (holding that conclusory allegations of alter ego liability were insufficient

to support an attachment under Rule B). Therefore, the Court denies plaintiff's application for an amended order of maritime attachment.

SO ORDERED.

Dated: New York, New York
July 1, 2008

Richard J. Holwell
United States District Judge