Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff ATL Shipping Ltd.
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 329-0120
Facsimile: (646) 328-0121
Matthew J. Cowan (MC 1481)
mcowan@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATL SHIPPING LTD.,

          Plaintiff,

- against -

FELIX MARITIME PTE LTD. and
GLOBAL HARVEST TRADING PTE LTD.,

          Defendants.
------------------------------------------------------------X

Docket No.: 08-CV-3755

**NOTICE OF
VOLUNTARY DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the Plaintiff that the referenced matter has been resolved prior to defendant having appeared, that no party is an infant, incompetent person for whom a committee has been appointed or conservator appointed and no person not a party has an interest in the subject matter of the action, accordingly the above entitled action is voluntarily discontinued without costs against either party. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       August 26, 2008

                                      Bennett, Giuliano, McDonnell & Perrone, LLP

                                      _____
                                      Matthew J. Cowan, Esq.